## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIRIAN SCHVOM, et al.,**<br>        **Plaintiffs,**<br>        v.<br>**MCNEIL-PPC, INC.**<br>        **Defendant.**<br>------------------------------------------------------- | **CIVIL ACTION NO. 02-4093**<br><br>------------------------------------------------------------ |
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 2270,**<br>      **Plaintiff,**<br>        v.<br>**MCNEIL-PPC, INC.**<br>        **Defendant.**<br>------------------------------------------------------ | **CIVIL ACTION NO. 02-4105**<br><br>------------------------------------------------------------ |
| **ANDREW BEHREND,**<br>        **Plainitff,**<br>          v.<br>**MCNEIL-PPC, INC.**<br>        **Defendant.**<br>------------------------------------------------------ | **CIVIL ACTION NO. 02-4149**<br><br>------------------------------------------------------------ |
| **ROBERT K. ALDERMAN,**<br>        **Plainitff,**<br>          v.<br>**MCNEIL-PPC, INC.**<br>        **Defendant.**<br>------------------------------------------------------ | **CIVIL ACTION NO. 02-4180**<br><br>------------------------------------------------------------ |
| **CYNTHIA B. GOEPEL,**<br>        **Plaintiff,**<br>          v.<br>**MCNEIL-PPC, INC.**<br>        **Defendant.**<br>------------------------------------------------------ | **CIVIL ACTION NO. 02-4197**<br><br>------------------------------------------------------------ |
| **MARNA BERKMAN,**<br>        **Plantiff,**<br>          v.<br>**MCNEIL-PPC, INC.**<br>        **Defendant.** | **CIVIL ACTION NO.  02-4362** |

| | |
|---|---|
| **ANDREW SPARK,**<br>    **Plaintiff,**<br>        **v.**<br>**MCNEIL-PPC, INC.**<br>    **Defendant.** | **CIVIL ACTION NO. 02-4386** |
| **RICHARD KIRSCH, et al.,**<br>    **Plaintiffs,**<br>        **v.**<br>**MCNEIL-PPC, INC.**<br>    **Defendant.** | **CIVIL ACTION NO. 02-4387** |
| **H.S. SADOW, JR.,**<br>    **Plaintiff,**<br>        **v.**<br>**MCNEIL-PPC, INC.**<br>    **Defendant.** | **CIVIL ACTION NO. 02-4476** |
| **ERIN FEGAN,**<br>    **Plainitffs,**<br>        **v.**<br>**MCNEIL-PPC, INC.**<br>    **Defendant.** | **CIVIL ACTION NO. 02-4530** |
| **SCOTT JACOBS,**<br>    **Plaintiff,**<br>        **v.**<br>**MCNEIL-PPC, INC.**<br>    **Defendant.** | **CIVIL ACTION NO. 02-6797** |
| **SAJ DISTRIBUTORS, INC.,**<br>    **Plaintiff,**<br>        **v.**<br>**MCNEIL-PPC, INC.**<br>    **Defendant.** | **CIVIL ACTION NO. 02-6993** |

# **O R D E R**

**AND NOW,** this 5th day of September, 2002, upon consideration of Plaintiffs'

Unopposed Motion for Entry of Proposed Case Management Order No. 1 Regarding Consolidation,

Initial Discovery and Stay Pending Appeal, it is hereby **ORDERED** that said Motion is **GRANTED**.

and Case Management Order No. 1 (Regarding Consolidation, Initial Discovery and Stay Pending

Appeal) is **APPROVED**.


**BY THE COURT:**


_____

**MARVIN KATZ, S.J.**