THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: IMMODIUM ADVANCED ANTITRUST LITIGATION** | CIVIL ACTION Nos.<br>02-4105<br>02-4149<br>02-4180<br>02-4197<br>02-4362<br>02-4386<br>02-4387<br>02-4476<br>02-4530<br>02-6797<br>02-6993 |

**O R D E R**

**AND NOW,** this 1st day of December, 2003, pursuant to this court's Order dated September 10, 2003 in In re: Immodium Advanced Antitrust Litigation (Civ. A. No. 02-4093, Doc. No. 24), it is hereby **ORDERED** that the cases listed above are dismissed.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**